Fred J. James, appellee, v. Fred Bowra et al., trading as Wells Brothers, appellants. Gen. No. 35,067.

Opinion filed January 20, 1932.

Dent, Dobyns & Freeman, for certain appellants; Sidney K. Jackson, of counsel. George H. Moloney, for certain other appellant. Charles A. Scott, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Fred J. James, appellee, v. Fred Bowra et al., appellants, on appeal of Fred Bowra. Gen. No. 35,151.

Opinion filed January 20, 1932.

Dent, Dobyns & Freeman, for certain appellants; Sidney K. Jackson, of counsel. George H. Moloney, for certain other appellant. Charles A. Scott, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Regina Rubenstein, appellee, v. William David Rubenstein, appellant. Gen. No. 35,133.

Opinion filed January 20, 1932.

James Percival Pio, for appellant. Alex M. Golman, for appellee; Benjamin M. Washer, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Thomas H. McNeill et al., trading as McNeill Bros., appellees, v. Stein Textile Company, appellant. Gen. No. 35,237.

Opinion filed January 20, 1932.

Sanders, Childs, Bobb & Wescott, for appellant; W. L. Bourland and F. M. Hartman, of counsel. Defrees, Buckingham, Jones & Hoffman, for appellees; Wilfred M. Doherty, of counsel.

Mr. Justice Wilson delivered the opinion of the court.